United States Courts
Southern District of Texas
FILED

AUG 19 2002

Michael N. Milby, Clerk of Court

GUADALUPE PEREZ  } UNITED STATES DISTRICT COURT
     Vs.          } SOUTHERN DISTRICT OF TEXAS
JAINE COCKRELL    }           DIVISION

B 02-174

## PAUPER'S OATH        C-02-361

To The Honorable Judge of Said Court:

Comes now, Guadalupe Perez, T.D.C.J# 1007396, Petitioner in the above numbered and styled cause and feels that he has a good and just cause of action and that he is indigent without funds and therefore is unable to pay the cost of prosecuting the above and foregoing cause or to give security thereof, and therefore requests the Court's permission to proceed in "Forma Pauperis."

Respectfully Submitted,

*Guadalupe Perez*
Petitioner

8-03-02