IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

AUG 22 2002

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| Guadalupe Perez, Petitioner | § § | |
| vs. | § § | Civil Action No. C-02-361 |
| Janie Cockrell, Respondent | § | B 02-174 |

## NOTICE OF DEFICIENT PLEADING

To correct the deficient pleading, within 20 days of the date of this notice, the plaintiff must file one of the following. **Title your filing "Compliance."**

_____ The <u>complete</u> names of all defendants, or as much of the names as are known, and any identifying information (such as gender, race, approximate age), and a complete address for each.

_____ _____ copies of the complaint.

_____ A filing fee of **$5.00** for habeas corpus petitions or a fully complete application for leave to proceed *in forma pauperis*. (28 U.S.C. § 1914-15)

_____ A filing fee of **$150.00** for actions filed under 42 U.S.C. § 1983 or a fully complete application for leave to proceed *in forma pauperis*.

__X__ Submit a certified copy of the trust fund account statement (or institutional equivalent) for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which you are or were confined.

_____ Other: _____

**If the plaintiff fails to comply on time, the Court may dismiss this case for want of prosecution. Fed. R. Civ. P. 41(b).**

Dated: August 22, 2002 Corpus Christi, Texas.

MICHAEL N. MILBY, CLERK
U.S. DISTRICT COURT

BY: _____
Deputy Clerk

4.