IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF TEXAS
_____ DIVISION

United States Courts
Southern District of Texas
FILED

SEP 03 2002

Michael N. Milby, Clerk of Court

Plaintiff's name and ID Number: _Guadalupe Perez #1007396_

Place of Confinement: _Willacy State Jail_

B 02-174

CASE NO. _CA-C-02-361_
(Clerk will assign the number)

v.

Defendant's name and address: _Janie Cockrell, (Director) Texas Department Criminal Justice_

**APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, _Guadalupe Perez_, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment         Yes☐  No☒
   b. Rent payments, interest or dividends?                Yes☐  No☒
   c. Pensions, annuities or life insurance payments?     Yes☐  No☒
   d. Gifts or inheritances?                              Yes☐  No☒
   e. Family or friends?                                  Yes☐  No☐
   f. Any other sources?                                  Yes☐  No☒

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   _____

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
   Yes☐     No☒
   If you answered YES, state the total value of the items owned.

   _N/A_

   ATCIFP

   6.

3. Do you own any real estate, stocks, bonds, notes, automobile, or other valuable property, excluding ordinary household furnishings and clothing?

        Yes ☐          No ☑

If you answered YES, describe the property and state its approximate value.

_____ N/A _____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the _____ day of _____, 19___.

                                                    Guadalupe Cere #1007396

                                           Signature of Plaintiff     ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## RECORDS RELEASE AUTHORIZATION

I, the below named and numbered offender, hereby authorize the Texas Department of Criminal Justice to release records pertaining to my trust fund account, as requested by _U.S. District Court, Corpus Christi Texas_ (Identify Court, Attorney, etc.).

I, offender _Guadalupe Perez_ TDCJ # _1007396_, being presently incarcerated at the _Willacy State Jail_, Unit/Facility of the Texas Department of Criminal Justice, in _Willacy_ County, Texas declare under penalty of perjury that the foregoing is true and correct.

Executed on this the _26_ day of _August_, _2002_.

By: _Guadalupe Perez_         Witness: _[signature]_
(Offender Signature)                  (Approved - Witnessing Authority Signature)

**INSTRUCTIONS:**
1. The offender completes above information, signs and dates the Records Release Authorization in the presence of the approved witnessing authority (Access to Courts Representative).
2. The witnessing authority identifies the offender by ID card or records and, upon verification, witnesses the offender's signature by signing the Records Release Authorization, which the witnessing authority will maintain.
3. The witnessing authority prints out a copy of the offender's trust fund balance which the witnessing authority certifies. The certified copy is then provided to the offender.
4. The offender is required to have an addressed, stamped envelope prepared for mailing. The trust fund printout is immediately place in the addressed and stamped envelope and the envelope is sealed and placed in the outgoing mail.

**NOTE:** Trust fund information is for Court purposes ONLY. Any other inquires or questions regarding trust fund information, balances, deposits, withdrawals, etc. are to be submitted to TDCJ Offender Trust Fund Department.

ATC - Authorization No. 1 (10/95)

```
CSINIB01           TEXAS DEPARTMENT OF CRIMINAL JUSTICE              08/26/02
                       TRUST FUND BANKING HISTORY                    13:12:01
                        AS OF 08/23/02 23.52.40

  TDCJ-NO 01007396 NAME- PEREZ,GUADALUPE              CURRENT-BAL-        .16

     DATE    AMOUNT  UT  TP RPT-PG   CD DESCRIPTION          SENDEE
  03/25/02      .00     CM WI15/IR   B4                          0325021025449006502
  03/26/02    10.00     MO 0085/05   B1 90344215912     001048   K PEREZ
  04/15/02     8.85     CM WI15/IR   B4                          0415020749449006502
  04/15/02      .00     CO WI15/IN    I             I            0415020749449006502
  04/22/02     1.55     CM WI15/IR   B4                          0422020952449006502
  07/02/02    20.00     MO 0183/27   B1 0               000430   K PEREZ
  07/12/02    19.95     CM WI15/IR   B4                          0712020755449006502
  07/12/02      .00     CO WI15/IN    I             I            0712020755449006502




          END OF HISTORY DATA            PRESS ENTER FOR MORE RECORDS
   PF4 PREVIOUS RECORDS PF2 FIRST RECORD OF HISTORY PF9 FIRST REC OF CURRENT MONTH
   ENTER TDCJ NUMBER:            OR SID NUMBER:
```

*To the best of my knowledge this is a true an accurate statement of the Bank Trust fund account for Offender Perez Guadalupe 1007396 on this date Monday August 26, 2002.*

*[signature]*



COLETTE WATT
NOTARY PUBLIC
State of Texas
Comm. Exp. 04-25-2005