IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| GUADALUPE PEREZ | § |
|---|---|
| | § |
| V. | § C.A. NO. C-02-361 |
| | § |
| JANIE COCKRELL | § |

**ORDER OF TRANSFER**

This is a habeas action filed by a prisoner incarcerated at the Willacy County Jail. Petitioner challenges convictions arising in 1990 in Cameron County for intoxication and assault. He was sentenced to a term of fourteen years. Petitioner raises four grounds of relief: (1) double jeopardy, (2) ineffective assistance of counsel, (3) illegal sentence, and (4) invalid indictment.

A habeas action may be filed either in the district where petitioner is in custody or in the district in which petitioner was convicted. 28 U.S.C. § 2241(d); <u>Wadsworth v. Johnson</u>, 235 F.3d 959 (5th Cir. 2000). Petitioner is incarcerated in Willacy County and his convicted occurred in Cameron County. Both counties are located in the Southern District of Texas and jurisdiction is therefore proper in this Court.

Willacy and Cameron Counties are also both located in the Brownsville Division of the Southern District of Texas. <u>See</u> 28 U.S.C. § 124(b)(4). For the convenience of parties and witnesses, in the interest of justice, this Court may transfer any civil action to any other division where it might have been brought. <u>See</u> 28 U.S.C. § 1404(a). Because petitioner's conviction and place of incarceration are located in Brownsville, the Court will transfer the action.

Accordingly, it is ordered that the Clerk transfer this action to the United States District Court for the Southern District of Texas, Brownsville Division.

9/4/02

H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk of Court

By _____
Deputy Clerk