9

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 17 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| GUADALUPE PEREZ | * |
| VS | * C.A. NO. B-02-174 |
| JANIE COCKRELL, Director,<br>Texas Department of Criminal Justice,<br>Institutional Division | * <br> <br> * |

## ORDER

The Application to Proceed in Forma Pauperis is hereby **GRANTED**. Let the Applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

The State of Texas is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2254 for Writ of Habeas Corpus by a Person in State Custody on or before **December 17, 2002.** The answer shall include the state record.

DONE at Brownsville, Texas, this the 17th day of October 2002.

Felix Recio
United States Magistrate Judge