United States District Court
Southern District of Texas
FILED

NOV 0 4 2002

Michael N. Milby
Clerk of Court

10

IN THE UNITED STATES
DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GUADALUPE PEREZ  VS.  JANIE COCKRELL | CA B-02-174  CIVIL ACTION  No. C-02-361 |

## NOTICE OF CHANGE OF ADDRESS

To The Honorable Judge of Said Court:
  Comes now Guadalupe Perez, T.D.C.J. # 1007396. In Trial Court Cause No. 00-CR-524-D; And files this Notice of Change of Address to the Court.

## JURISDICTION

Applicant is illegaly and unconstitutionally Sentence, And Confined at the Texas Department of Criminal Justice - Institutional Division, By the Director, Janie Cockrell, T.D.C. J.-I.D., In violation of Due Process of Law and the 1st., 4th., 5th., 6th., 7th., 8th., 13th. and 14th. Amendments to the United States Constitution.

## AFFIDAVIT

Applicant, a state Inmate was incarce-

rated in the Willacy State Jail Unit; 1695 South Buffalo Drive; Raymondville, Texas -- 78580, when he filed his petition for Federal Habeas Corpus relief, Pursuant to 28 U.S.C.A. Section 2254. To challenge a state Court felony conviction in the United States District Court for the Southern District of Texas, Corpus Christi Division. Petition was filed August 19, 2002.

On September 9, 2002 Case No. C-02-361, was transfer to the Brownsville Division, Southern District of Texas. Since then the Petitioner has been Transfer, to another Unit within The Texas Department of Criminal Justice. Name and Address is as follows: C.T. Terrell Unit; 1300 F.M. 655; Rosharon, Texas -- 77583. Date of Transfer was October 21, 2002.

"It has been suggested that an answer should be required in every Habeas proceeding, taking into account the usual petitioner's lack of legal experties and the important functions served by the return."
See Developments in the Law - Federal Habeas Corpus, 83 Harv. L. Rev. 1038, 1178 (1970).

## PRAYER

Wherefore Premisses Considered, Petitioner prays the Court, files the change of address

within its Records, and that the Honorable Court grant him His Petition of Habeas Corpus and the relief to which he may be entitle.

Respectfully Submitted,

Guadalupe Perez

## INMATE'S DECLARATION

The Applicant certifies that the foregoing is True and Correct, under Oath and Penalty of perjury, and he cannot afford to hire any Attorney for Representation or any Litigation.

Guadalupe Perez

## CERTIFICATE OF SERVICE

I, Guadalupe Perez, hereby certify that on this the 31st. day of October, 2002. A True and Correct Copy of this Notice of Change of Address. Is included in this package to the Clerk of the Unite States District Court, Southern District of Texas, Brownsville Division. 600 E. Harrison St./First Floor, Brownsville, Texas -- 78520. To Distribute to necessary Courts, Attorneys, Clerks, as per Clerks' duty of the Court.

Date: 10-31-02

Guadalupe Perez