United States District Court
Southern District of Texas
RECEIVED
JAN 09 2003
Michael N. Milby, Clerk of Court

MAIL

[Perez #1007396]
1300 F.M. 655
Rosharon Tx. 77583
4 Jan 2003

(13)

Honorable Clerk of Courts
U.S. District Courts
600 East Harrison Street          Cause B-02-174
Brownsville Texas 78520-7114

United States District Court
Southern District of Texas
FILED
JAN 09 2003
Michael N. Milby
Clerk of Court

Honorable Clerk of Courts:

Please find the enclosed letters from the 13th Court of Appeals Cathy Wilborn, as well as Troy Bennett Clerk of Court of Criminal Appeals. Please forward these to Honorable Magistrate Felix Recio soonest for his consideration in the Above and foregoing numbered + styled cause. (These were omitted by mistake.)

In close I thank you for your time + assistance while also apologizing for any inconvenience. I further ask that you please notify me of receipt of evidentiary materials as that such are crucial in the case at Bar.

I humbly await your response and notice. Until such time I remain--

At Your Service,

Guadalupe Perez

Encls
C/c: my file



SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
TOM PRICE
PAUL WOMACK
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
CHARLES R. HOLCOMB
CATHY COCHRAN
JUDGES

**COURT OF CRIMINAL APPEALS**
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

TROY C. BENNETT, JR.
CLERK
512 463-1551

RICHARD E. WETZEL
GENERAL COUNSEL
512 463-1600

September 18, 2002

Guadalupe Perez, # 1007396
1695 South Buffalo Dr.
Raymondville, TX 78580

RE:   Petition for Writ of Habeas Corpus for Guadalupe Perez

Dear Mr. Perez:

     We are returning this application because it does not comply with Rule 73.2 of the Texas Rules of Appellate Procedure.

     A petition seeking relief from a final felony conviction under Code of Criminal Procedure article 11.07, must be filed with the District Clerk prior to being sent to us for processing.

Sincerely,

*Troy C. Bennett*

Troy C. Bennett, Jr.
Clerk

Enclosure

| | | |
|---|---|---|
| **CHIEF JUSTICE**<br>　ROGELIO VALDEZ<br><br>**JUSTICES**<br>　J. BONNER DORSEY<br>　FEDERICO HINOJOSA<br>　LINDA REYNA YANEZ<br>　NELDA V. RODRIGUEZ<br>　ERRLINDA CASTILLO<br><br>**CLERK**<br>　CATHY WILBORN | <br><br>**Court of Appeals**<br><br>**Thirteenth District of Texas** | NUECES COUNTY COURTHOUSE<br>901 LEOPARD, 10TH FLOOR<br>CORPUS CHRISTI, TEXAS 78401<br>361-888-0416 (TEL)<br>361-888-0794 (FAX)<br><br>HIDALGO COUNTY<br>ADMINISTRATION BLDG.<br>100 E. CANO, 5TH FLOOR<br>EDINBURG, TEXAS 78539<br>956-318-2405 (TEL.)<br>956-318-2403 (FAX)<br><br>www.13thcoa.courts.state.tx.us |

July 12, 2002

Guadalupe Perez
TDC # 1007396
1695 South Buffalo Drive
Raymondville, TX 78580

　　　　　　　　　　　　　　　Re:　Tr.Ct.No. 00-CR-524-D
　　　　　　　　　　　　　　　　　　GUADALUPE PEREZ
　　　　　　　　　　　　　　　　　　v.
　　　　　　　　　　　　　　　　　　THE STATE OF TEXAS

Dear Mr. Perez:

　　Upon review of the attached documents and the relief you are requesting, it appears that these documents should be filed with the trial court. We are, therefore, returning said documents so you may file with proper court.

　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　Cathy Wilborn, Clerk

CW:rgl
Enc.