IN THE UNITED STATES DISTRICT COURT
For The Southern District of Texas
Brownsville Division

United States District Court
Southern District of Texas
FILED

FEB 0 5 2003

Michael N. Milby
Clerk of Court

Guadalupe Perez

V.                                    Civil Action B-02-174

Janie Cockrell - Director
TDCJ-ID

Response To The Magistrate's
Report and Recommendation

To The Honorable Justice of Said Court:

Comes now, Guadalupe Perez, TDCJ# 1007396, and acting in a Pro-Se Capacity in the above numbered & styled cause, and files this, his Response to the Magistrate's Report & Recommendation of January 21 2003, and timely received on the 24 day of January, duely postmarked on the day of January, Response is mailed via 1st Class mail on the 31st day of January 2003. The petitioner submits the following response and formally envokes the provisions of the United States Supreme Court Holdings as per Haines v. Kerner 92 Supreme Court at page #594, which provides that all pro-se petitions and submissions should be construed on a "less stringent" basis than those submissions submitted by Legal Professionals & Counsels trained and schooled in Jurisprudence, and in support of his position would submit to the Honorable Court the following:

### Exhaustion of Remedies

The Petitioner has, in all earnestness, aspired to Exhaust the Remedies as per the Rules of the Court. He has diligently and repeatedly submitted his (the ~~very same~~) Habeas Corpus Application/Briefs to various Courts seeking relief. Those Courts, the 13th Court of Appeals and Troy Bennett of the Criminal Court of Appeals is guilty of Not following:

(1)

## Clerks Duties

As a ward of the State of Texas, in the Care & custody and under illegal restraint of the Respondent, The petitioner submits that the failure on the Director's part to provide up-to date rules in the private owned institution,.. to Wit: Willacy State Jail, has led to the petitioner's understanding that, as listed per the:

TDCJ-ID Offender's Guide and Handbook of 11:07 H.C. Procedures.

"Article 11.07 3(b) V.A.C.C.P. provides that:
'Upon the receipt of application, certain duties fall upon the Clerk's shoulders. The writ must be assigned to the proper Court of Jurisdiction and conviction.'"

Further as per the afforementioned. It was NOT until after the transfer from Willacy S.J. to the Ramsey III unit that the Petitioner was able to view a _New Revised Version of same handbook_, which amended, read on as....
"Formerly, this was so even if the Applic.. filed in the wrong court. If an applicant was received in a Court or Court other than that of the conviction, the district clerk had a duty to transfer the application to the correct county/court of conviction. Please also Refer to Ex Parte Alexander 861 Sw 2d at 921

Hence, as letters which have accompanied the Petitioner's Rebuttal of Motion to dismiss (which were not returned as requested) will fully indicate -- Clerks of Courts -- for C.C.A. - Troy Bennett and 13th Court of Appeal Kathy Welburn return of Applications and Petitions have further Denied the Justice Sought, has undeniably Robbed the Petitioner of the Due Process & Equal Protections as granted via the Constitutional agenda. Has, in point and fact, Denied my Liberty. Moreover and of Paramount importance is the fact that the Texas' Legislature rescintion of 11.07 3(b) is, in and of itself, a blatant violation of such due process, the abrogation of the very Spirit of Supreme Court Holdings w/ regard to Pro-se litigants submissions, and not being shcobled in Jurisprudence and to that end petitioner submit that such duties still lie at the Clerks feet, most especially the Appellate Court's Clerks by way of the

(2)

the Texas Rules of Appellate Procedure (hereafter T.R.A.P) rule 1.2(C) wherein it is provided:

> <u>TRAP 1.2(C)</u>... Party's Non compliance - "A court must <u>not</u> dismiss an appeal for non compliance w/a local rule w/o giving the noncomplying party <u>NOTICE</u> and a reasonable opportunity to comply."

At the very best, given, this rule, (an intergral part of <u>All TRAP</u>) and coupling that to 11.03 Texas CCP which further provides

> <u>Article 11.03</u> Want of form - "The Writ of Habeas Corpus is <u>not</u> invalid, nor shall it be disobeyed for want of form..."

Argumentatively, and upon reflection of such Rules of the Court w/ regard to duties of the clerk, Petitioner vehemently Avers that the erroneous Returns by Clerks Welburn and Bennett, are egregious and clearly repre-sentive of an Abrogation of such afforementioned rights, as that such Rules totally embody the <u>HAINES</u> Court Holdings.

Moreover, Aurora De La Harza, Clerk of Cameron County Courts of origin is/has been <u>defunct</u> in her duties which have altered the true & correct course of the case at bar. The petitioner has submitted the same petition; argued the same premises time and again on many different submissions yet <u>all</u> submissions bear the exact same Cause number. Erroneously. Hence, the confusion as represented by respondent and C.C.A. records is a direct result. <u>Texas Rules of the Court - State</u> reflect the duties of the Clerk as follows:

> <u>Rule 23</u> Suit to be numbered Consecutively - It shall be the duty of the Clerk to designate the suits by regular consecutive num-bers, called <u>FILE NUMBERS</u>, and he/she shall mark each paper in every case w/ the file number of the case.

Please also see <u>Rules 24 & 25</u> w/ regards to filing duties of the clerk concerning other duties not performed or properly carried out to include formal dating and docketing.

(3)

Therefore, unless an instrument is clearly marked "Amendment" to a previous filing, it should correctly be consecutively marked and thus equate a seperate filing -- Yet to date, the numerous + various filings of Application**s** + Brief**s** in support all bear the <u>same number - 00-CR-524-<u>D</u></u>. However, the filings should bear different alpha-numerical numeration in order to establish Seperate filings ...(ex. E, F, G, etc). The end result?... Egregious HARM + Error on behalf of the Clerk as that Petitioner has <u>NO</u> control over such matters. So, as the Honorable Court may see, the Petition has fulfilled:

<u>Exhaustion of State Remedies</u>

Having repeatedly submitted, to many different + various courts, and on All levels of States Court, to NO Avail, the Petitioner submits that Ample opportunity has been afforded the States Courts. To that end, and ever still embracing <u>HAINES v Kerner</u> 92 SCt at *594, the Construction of said writ has also been fullfilled via <u>Article 11.04 of Texas C.C.P</u>

<u>Article 11.04</u> Construction "Every ~~person~~ provision relating to the Writ of habeas Corpus shall be favorably Construed in order to give the effect of remedy, and protect the rights of the person seeking relief under it."

Well your Honor, I can't tell. Any argumentation put forth by the Director, Counsel thereto attached or by Honorable Judge Recio alleging that Exhaustion of Remedies has not completed itself is completely False and Erroneous to the point of Perjury. Only now, after having had "run" the State's "Psuedo Remedial Gauntlet", and having had Justice denied me on all levels of State's Appellate Courts, wherein at each return and again reiterating the fact that TRAP 1.2.(e) is an integral + determining part of the T.R.A.P., whereby I was to have been provided w/ NOTICE of my error, by written

(4)

instrument and been allowed time + avenue to correct any Errors. From and an <u>All Appellate Levels</u> Your Honor, I have diligently sought to have Texas' version of Lady Liberty's blindfold removed so that she may witness the Great and Irreparable Harm I now suffer....To Wit: The denial of Counsel at Trial, the Denial of Direct Appeal, my Counsel's (Jamie Dietz) failure to Notify the Court of my desire for Appeal, or to brief or review to me, Counsel on Collateral Attacks and Avenues such as to include a Petition for Discretionary Review (PDR) Jaime Dietz told me I had No rights to Appeal + refused to serve Notice at my request. Moreover he told he would not discuss any appeal options w/ me. Please refer to <u>Ex Parte Lozada Mendoza</u> 45 S.W. 3d at 107 wherein the C.C.A. held: counsel's actions or inactions denying defendant his opportunity to prepare + file a PDR by the Court of Criminal Appeals (C.C.A.) denies the defendant effective assistance of Counsel. Please do not tell me this is a untimely or moot issue as that <u>Criminal Law $1044(2)</u> grants that in order for an argument to be considered timely, the objection must be made as <u>Soon</u> as the <u>Basis</u> for objection becomes <u>APPARENT!</u> <u>Roise v State</u> 7 S.W. 3d.

Furthermore, I submit that I am well versed on the doctrine of Exhaustion of Remedies. While opposing Counsel cites 1980 case law I cite 2000 case law or better, cases such as <u>O'Sullivan v Boerkel</u> 119 S.Ct. 1728 <u>Hodges v McGinnis</u> 1 Fed. App. 1 at 381; <u>Edwards v Carpenter</u> 120 S.Ct. 1587 etc.etc. If we are going to cite case law let us at the very least use recent case law.

Now, I have submitted the arguments, true + correct to Your Honorable Court having repeatedly having been denied Review. I submit to you that I have fulfilled my duty and obligation w/ respect to Exhaustion. Hundreds of Thousands of Dollars are spent each year in Courts, where Texas Entities practice this "<u>Institutional Limbo</u>" at the cost of the Taxpayer and now they wonder why the State Deficit Stands at negative, or 9.9 Billion to the Red. I now submit these issues to You, in Respect, and with regard to the principles of Comity and the Decorum + Candor of Your Court,

as well as the Federal Principles underlying, in order to seek relief as sought in State Courts, Only to have them issue such inane and false allegations. I CLAIM my constitutional rights to proceed in a Federal Court of review only to have Director, via Counsel and also by way of the Malfeasance on their part to stock up-to-date Legal materials for my use and review in her private facilities, try to Perpetrate such a Travesty of Justice, and as a matter of fact seem to have "pulled the wool" over Magistrate Recio's eyes and seem to be well on their way towards said success, or else I would not sit here now, at 1230 AM, pen in hand, writing this response. State measures have been Exhausted! They availed me Nothing!

Also suspicious is the fact that the Director has **failed** to timely notify me of Her submissions. For example, I received Cockrells' Motion to Dismiss on 12/21/03. However Magistrate Recio received his copy much sooner. Thus, I could not timely respond as that He filed a report on the 21st of January and dated 1-17-03. Before he even had a chance to read my review of such and sent in my Rebuttal. Therefore I feel I must charge Ellen Stewart Klein as well as Magistrate Recio have once and again Abrogated or Curtailed my rights by deception + Malfeasance of Duty and utilization of System. I feel I must demand justice + satisfaction on the Exhaustion Principle. If they want to use it as a Meritable issue, Then it must be properly orchestrated. Thus I proceed, and implement and offer you, this:

## AMENDMENT

As an amendment to this submission I move the Court accept and add, in it's entirety, the Petitioner's Rebuttal to Respondant Cockrell's Motion to Dismiss as submitted to the Honorable Magistrate Recio in earlier court proceedings and ask that all arguments therein be also Considered, Investigated and given the Proper

Consideration and Gravity due the suspicious nature of Counsel & Court's fastracking and filings As that something definitely seems "amiss" here. I feel I must demand a Modicum of Professionality w/ regard to such egregious errors and further offer the fact of the Criminal Court of Appeals:

### Issuance of "White Card"

During the coarse of these proceedings, the Court of Criminal Appeals in Austin, on 15 January 2003, tendered a decision via the "White card" Titled as is: Re: Writ # 10,450-03; 2000 CR 524-D, sent via 1st Class mail, <u>dismissing</u> a writ, the same writ of Habeas Corpus seeking relief on the exact same issues <u>without Written Order</u>. Thus, as you are well aware, your options are now clear... ① We may proceed, or, ② I will be filing a subsequent petition for Relief. Towards that end, Your Honor, I present you this, my:

### Conclusion

As a <u>Layman of the Law</u>, I have sought w/ all diligence and earnestness & respect, by way of the Great Writ of Habeas Corpus, to Remedy, as per Supreme Court's ruling such as <u>Jones v Cunningham</u> 83 S.Ct. 373. The Great Writ was designed to protect every person from being illegally detained, restrained or confined by any Branch of Government. <u>Johnson v Avery</u> 90 S.Ct. 5. Yet here, in what is a blatant obfuscation of facts as presented by Counsel for the Director & hinged upon an orchestrated <u>Denial of Access to Courts</u> as afforementioned on the part of the Respondent, we arrive at and before you today. These rights are being systematically denied me by refusing me Due Process & Equal protections of the U.S. Constitution as afforded therein w/ regard to Habeas Corpus releif. Moreover it is <u>Liberty Denied</u>. With this premise of conclusion fresh on your mind, I submit you this, my:

(7)

## PRAYER

Ideo Consideratus Est, Ad Predefecta Justitiae Petitioner humbly Prays the Court, Pro Falso Ca Clamore Suo, on the part of Director, & Counsel would ACCEPT the provisions & premises of this Response and DENY the Magistrate's Recommendation and Report, further rendering rulings which are found to be facilitative or Consistent w/ the Great Writ's ability to provide remedy & Justice which has continually been sought while further GRANTING any/all additional relief it may deem just and necessary in the Pursuit of Justice in this Cause.

In All Earnestness

_Guadalupe Perez_

Honorable Clerk of Courts

Please file & notify me of said filing accordingly
Thank you for your time & convenience

*Guadalupe Perez*