UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GUADALUPE PEREZ, Petitioner, | § § § | |
| v. | § § | CIVIL ACTION NO. B-02-174 |
| JANIE COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, Respondent. | § § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. The Defendants' Motion to Dismiss (Doc. # 11) is hereby GRANTED, and this case is hereby DISMISSED WITHOUT PREJUDICE.

DONE in Brownsville, Texas on this 12 day of _____, 2003.

Hilda G. Tagle
United States District Judge