UNITED STATES COURT OF APPEALS

FIFTH CIRCUIT COURT

NEW ORLEANS LOUISIANA

United States District Court
Southern District of Texas
FILED

FEB 24 2003

Michael N. Milby
Clerk of Court

GUADALUPE PEREZ,

VS.                                              CIVIL ACTION NO. B-02-174

JANIE COCKRELL, - DIRECTOR
    TDCJ-ID

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, Guadalupe Perez, TDCJ # 1007396, and acting In a Pro-Se Capacity in the above numbered and styled cause and files this, His Notice of Appeal to the United States Court of Appeals for the Fifth Circuit from the final judgement and Order of Dismissal as entered in the Southern District of Texas-Brownsville Division on the 12th day of Febuary 2003, and signed by Honorable Justice Hilda G. Tagle as justice presiding in said cause. The Petitioner serves this Notice and Prays the Honorable Court to pick up Jurisdiction in the case at bar and to further ORDER the petitioner to Construct and submit the Certificate of Appealability in said case so that he may continue in the Pursuit of Justice.

Signed and Executed on this the 19th day of Febuary 2003.

Respectfully Submitted,

*Guadalupe Perez*
Guadalupe Perez
1500 F.M. 655
Rosharon Texas 77583

## UNSWORN DECLARATION

I, GUADALUPE PEREZ  ID# 1007396 being presently incarcerated in the C. T. TERRELL UNIT of the Texas Department of Criminal Justice - Institutional Division do declare under penalty of perjury that the foregoing document_____
____NOTICE OF APPEAL_____
is both, true and correct to the best of my knowledge.

Executed on this_____19th_____day of
_____FEBRUARY_____of ~~2002~~ 2003.

_____Guadalupe Perez_____
                                                    Petitioner


## CERTIFICATE OF SERVICE

I hereby certify that on this the_____19th_____day of_____FEBRAUARY_____, 2002, a true and correct copy of the above and foregoing___Notice of Appeal_____
_____was forwarded to the Office of_____
TEXAS ATTORNEY GENERAL'S OFFICE AT PO BOX 12548 Austin Tx_____in the
___5th Circuit___Judicial District Court at___600 Camp Street New Orleans
~~County~~ Texas.

_____Guadalupe Perez_____
                                                    Petitioner


## O R D E R

On this the_____day of_____
of 2002, came on to be hear the Defendant's_____
_____and
said writ/motion/request is hereby:

  ( ) GRANTED          ( ) DENIED

Signed and executed on this day of_____of
_____, 2002.

_____