IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF TEXAS
_Brownsville_ DIVISION

United States District Court
Southern District of Texas
FILED

MAR 03 2003

Michael N. Milby
Clerk of Court

19

_Guadalupe Perez #1007396_
Plaintiff's name and ID Number

_C.T. Terrell Unit_
Place of Confinement

CASE NO. _C.A. B-02-174_
(Clerk will assign the number)

v.

_JANIE COCKRELL, Director_
Defendant's name and address
_Texas Department of Criminal_
_Justice - Institutional Division_

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, _Guadalupe Perez_, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

    a. Business, profession or from self-employment      Yes☐ No☐
    b. Rent payments, interest or dividends?             Yes☐ No☐
    c. Pensions, annuities or life insurance payments?   Yes☐ No☐
    d. Gifts or inheritances?                            Yes☐ No☐
    e. Family or friends?                                Yes☒ No☐
    f. Any other sources?                                Yes☐ No☐

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   _I received 90 dollars from my Brother_

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
   Yes☐     No☒
   If you answered YES, state the total value of the items owned.

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

        Yes ☐          No ☑

If you answered YES, describe the property and state its approximate value.

_____

_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the 21st day of February, 2003

_Guadalupe Corey_ #1007396
Signature of Plaintiff    ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

Revised 6/97

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
# RECORDS RELEASE AUTHORIZATION

I, the below named and numbered offender, hereby authorize the Texas Department of Criminal Justice to release records pertaining to my trust fund account, as requested by _U.S. Clerk, Southern District of Texas_ (Identify Court, Attorney, or entity as defined in Rule 3.9.2.1-Special Correspondence Rules).

I, offender _Guadalupe Perez_, - TDCJ# _1007396_, being presently incarcerated at the _C.T. Terrell_ Unit/Facility of the Texas Department of Criminal Justice, in _Brazoria_ County, Texas declare under penalty of perjury that the foregoing is true and correct.

Executed on this the ___21st___ day of ___February___ 20_03_.

By: _Guadalupe Perez_   Witness: _Vijaya Katragadda_
(Offender Signature)         (Approved Witnessing Authority Signature)

**INSTRUCTIONS:**
1. The offender completes above information, signs and dates the Records Release Authorization in the presence of the approved witnessing authority (Access to Courts Representative).
2. The witnessing authority identifies the offender by ID card or records and, upon verification, witnesses the offender's signature by signing the Records Release Authorization, which the witnessing authority will maintain.
3. The witnessing authority prints out a copy of the offender's "TFBA" computer screen, certifies it, and retains a duplicate copy for their records.
4. The offender is required to have an addressed, stamped envelope prepared for mailing. The witnessing authority then places a copy of the certified "TFBA" printout in the addressed and stamped envelope and the envelope is sealed and placed in the outgoing mail.

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE             02/21/03
R313/FTA0344              IN-FORMA-PAUPERIS DATA                       14:30:53
TDCJ#: 01007396 SID#: 02106501 LOCATION: TERRELL         INDIGENT DTE: 12/13/02
NAME: PEREZ,GUADALUPE                      BEGINNING PERIOD: 08/01/02
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:          0.00 TOT HOLD AMT:         0.00 3MTH TOT DEP:       90.00
6MTH DEP:            90.00 6MTH AVG BAL:         7.29 6MTH AVG DEP:       15.00
MONTH HIGHEST BALANCE TOTAL DEPOSITS     MONTH HIGHEST BALANCE TOTAL DEPOSITS
01/03         0.01         0.00          10/02         0.16         0.00
12/02        90.16         0.00          09/02         0.16         0.00
11/02        90.16        90.00          08/02         0.16         0.00
PROCESS DATE    HOLD AMOUNT     HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF __BRAZORIA__
ON THIS THE __21__ DAY OF __FEBRUARY__, __03__, I CERTIFY THAT THIS DOCUMENT IS A TRUE, COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____   OR SID NUMBER: _____



VIJAYA KATRAGADDA
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES 04/16/2005