**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT COURT**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

MAR 2 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GUADALUPE PEREZ | * | |
| VS | * | C.A. NO. B-02-174 |
| JANIE COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION | * * | |

**ORDER GRANTING APPLICATION**
**TO PROCEED IN FORMA PAUPERIS**

Having considered the Application to Proceed in Forma Pauperis (Docket No. 19), the Court is of the opinion that it should be and is hereby GRANTED.

DONE at Brownsville, Texas, this 26th day of March 2003.

_____
Felix Recio
United States Magistrate Judge