IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-40378
USDC No. B-02-CV-174

U.S. COURT OF APPEALS
**FILED**
AUG 1 5 2003

CHARLES R. FULBRUGE III
CLERK

GUADALUPE PEREZ,

          Petitioner-Appellant,

versus

JANIE COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
INSTITUTIONAL DIVISION,

          Respondent-Appellee.

United States District Court
Southern District of Texas
FILED
AUG 2 0 2003
Michael N. Milby
Clerk of Court

Appeal from the United States District Court
for the Southern District of Texas

O R D E R:

    Guadalupe Perez, Texas state prisoner # 1007396, requests a certificate of appealability (COA) to appeal the district court's dismissal without prejudice of his 28 U.S.C. 2254 petition for failure to exhaust state remedies. Perez was convicted following a guilty plea of intoxication assault, as an habitual offender, and was sentenced to a 14-year term of imprisonment.

    Perez has not shown "that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000). Accordingly, a COA is DENIED.

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
Deputy
AUG 15 2003
New Orleans, Louisiana

_____
JACQUES L. WIENER, JR.
UNITED STATES CIRCUIT JUDGE

# *United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 CAMP STREET**
**NEW ORLEANS, LA 70130**

August 15, 2003

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

      No. 03-40378 Perez v. Cockrell
      USDC No. B-02-CV-174

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits are returned:

( 1 ) Volume     ( 1 ) Envelope     (   ) Boxes

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Shari D. Stewman, Deputy Clerk
504-310-7747

cc: w/encl:
    Ms Guadalupe Perez
    Ms Ellen Stewart-Klein

MDT-1